## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Robert Hunt, on behalf of himself and all others similarly situated, | Civil No. 12-716 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| ATM Network, Inc., Pelican Square, Inc., | |
| Defendants. | |

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: March 22, 2012

s/Richard H. Kye  
RICHARD H. KYLE  
United States District Judge
