# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert Hunt on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>ATM Network, Inc. and Pelican Square, Inc.,<br><br>            Defendants. | Civil No. 12-716 (RHK/LIB)<br><br>**ORDER** |

Based on the parties' Stipulation (Doc. No. 18), **IT IS ORDERED** that all claims asserted against Defendant Pelican Square, Inc. in the above-entitled action are **DISMISSED WITH PREJUDICE** and without costs, disbursements or attorney's fees to any party.

Dated: September 6, 2012

                                                             s/Richard H. Kyle
                                                             RICHARD H. KYLE
                                                             United States District Judge