# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Robert Hunt on behalf of himself and all others similarly situated, | Civil No. 12-716 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| ATM Network, Inc. and Pelican Square, Inc., | |
| Defendants. | |

---

Based on the parties' Stipulation (Doc. No. 18), **IT IS ORDERED** that all claims asserted against Defendant Pelican Square, Inc. in the above-entitled action are **DISMISSED WITH PREJUDICE** and without costs, disbursements or attorney's fees to any party.

Dated: September 6, 2012

                                                            s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge